PB-20 Doe v St. Nicodemus Lutheran Church (2024 NY Slip Op 04727)

PB-20 Doe v St. Nicodemus Lutheran Church

2024 NY Slip Op 04727

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024

PRESENT: SMITH, J.P., MONTOUR, OGDEN, DELCONTE, AND KEANE, JJ. (Filed Sept. 27, 2024.) 

MOTION NOS. (120-121/24) CA 22-01891. CA 22-01894.

[*1]PB-20 DOE, PLAINTIFF-APPELLANT, 
v
ST. NICODEMUS LUTHERAN CHURCH, DEFENDANT-RESPONDENT, UPSTATE NEW YORK SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA, DEFENDANT-RESPONDENT-APPELLANT, EVANGELICAL LUTHERAN CHURCH IN AMERICA, DEFENDANT. (ACTION NO. 1.)
PB-21 DOE, PLAINTIFF-APPELLANT,
v
ST. NICODEMUS LUTHERAN CHURCH, DEFENDANT-RESPONDENT, UPSTATE NEW YORK SYNOD OF THE EVANGELICAL LUTHERAN CHURCH IN AMERICA, DEFENDANT-RESPONDENT-APPELLANT, EVANGELICAL LUTHERAN CHURCH IN AMERICA, DEFENDANT. (ACTION NO. 2.) (APPEAL NO. 2.)

MEMORANDUM AND ORDER
Motions for reargument or in alternative leave to appeal to the Court of Appeals denied.